

ORIGINAL



1  MARK E. FERRARIO, ESQ.
   Nevada Bar No. 1625
2  BRANDON E. ROOS, ESQ.
   Nevada Bar No. 7888
3  KUMMER KAEMPFER BONNER & RENSHAW
   Seventh Floor
4  3800 Howard Hughes Parkway
   Las Vegas, Nevada 89109
5  Telephone: (702) 792-7000
   Facsimile: (702) 796-7181
6
   Attorneys for **Plaintiffs**,
7  **KEITH A. FINK & ASSOCIATES**

8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11 KEITH A. FINK & ASSOCIATES, a sole
   proprietorship dba Keith A. Fink & Associates,    Case No.  CV-S-05-0304-JCM (RJJ)
12
                  Plaintiffs,
13
       vs.                                           **STIPULATION AND ORDER**
14                                                   **TO DISMISS WITH PREJUDICE**
   CONSUMER DIRECT OF AMERICA, a
15 Nevada Corporation; FREEDOM
   MORTGAGE CORPORATION dba OCEAN
16 WEST FUNDING; MICHAEL A. BARRON,
   an individual; JOSEPH COSIO-BARRON, an
17 individual; WAYNE BAILEY, an individual;
   PAUL GRADY, an individual; TERRY
18 VICKERY, an individual, and DOES 1 through
   50, inclusive,
19
                  Defendants.
20

21     IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiffs, KEITH

22 A. FINK & ASSOCIATES ("Plaintiffs"), through their attorneys of record, Mark E. Ferrario,

23 Esq., and Brandon E. Roos, Esq., of the law firm of Kummer Kaempfer Bonner & Renshaw, and

24 Defendants, CONSUMER DIRECT OF AMERICA, MICHAEL A. BARRON, JOSEPH

1  COSIO-BARRON, WAYNE BAILEY, PAUL GRADY and TERRY VICKERY (hereinafter
2  collectively referred to as "Defendants"), through their attorneys of record, Jennifer E. Sims,
3  Esq., of the law firm of McNeil, Tropp & Braun, LLP, that Plaintiffs causes of action against
4  said Defendants be dismissed in their entirety with prejudice, each of the parties to bear their
5  own attorneys' fees and costs incurred herein.

DATED this 31st day of August, 2005.

KUMMER KAEMPFER BONNER & RENSHAW

BY: _____
MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
BRANDON E. ROOS, ESQ.
Nevada Bar No. 7888
Seventh Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada 89109
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
    Attorneys for **Plaintiffs**,
    **KEITH A. FINK & ASSOCIATES**

DATED this 2nd day of September, 2005.

McNEIL, TROPP & BRAUN, LLP

BY: _____
JENNIFER E. SIMS, ESQ.
Nevada Bar No. 7913
3960 Howard Hughes Parkway, #500
Las Vegas, Nevada 89109
Telephone: (702) 990-3654
Facsimile: (702) 990-3655
    Attorneys for **Defendants**,
    **CONSUMER DIRECT OF AMERICA,
    MICHAEL A. BARRON, JOSEPH
    COSIO-BARRON, WAYNE BAILEY,
    PAUL GRADY and TERRY VICKERY**

KUMMER KAEMPFER
BONNER & RENSHAW
Seventh Floor
3800 Howard Hughes
Parkway
Las Vegas, Nevada 89109

178271_1  3082.00001

Page 2 of 3

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the claims of the Plaintiffs, KEITH A. FINK & ASSOCIATES, against Defendants, CONSUMER DIRECT OF AMERICA, MICHAEL A. BARRON, JOSEPH COSIO-BARRON, WAYNE BAILEY, PAUL GRADY and TERRY VICKERY, are dismissed with prejudice, all parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

U.S. DISTRICT COURT JUDGE
DATED: Sept 9, 2005

Respectfully Submitted By:

KUMMER KAEMPFER BONNER & RENSHAW

BY: _____
MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
BRANDON E. ROOS, ESQ.
Nevada Bar No. 7888
Seventh Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada 89109
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Attorneys for **Plaintiffs,**
**KEITH A. FINK & ASSOCIATES**

KUMMER KAEMPFER
BONNER & RENSHAW
Seventh Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada 89109

178271_1 13082.00001

Page 3 of 3